Louis BARKSDALE v. CITY OF TUSCALOOSA.

6 Div. 840.

Court of Appeals of Alabama.
Nov. 29, 1935.

PER CURIAM.

Appeal dismissed for want of prosecution.

Earl BARKSDALE v. STATE.

8 Div. 273.

Court of Appeals of Alabama.
Feb. 4, 1936.

SAMFORD, Judge.
Affirmed.

Lee Pruitt BARKSDALE v. STATE.

6 Div. 819.

Court of Appeals of Alabama.
Nov. 12, 1935.

SAMFORD, Judge.
Affirmed.

Louis A. BARKSDALE v. STATE.

6 Div. 141.

Court of Appeals of Alabama.
May 11, 1937.

SAMFORD, Judge.
Appeal dismissed.

Bennett BARNES v. STATE.

7 Div. 287.

Court of Appeals of Alabama.
Jan. 12, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

Cora BARNETT v. STATE.

8 Div. 363.

Court of Appeals of Alabama.
Jan. 26, 1937.

SAMFORD, Judge.
Appeal dismissed.

Frank Lee BARNETT v. STATE.

6 Div. 965.

Court of Appeals of Alabama.
April 21, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

Jack BARNETT v. STATE.

7 Div. 258.

Court of Appeals of Alabama.
June 8, 1937.

RICE, Judge.
Appeal dismissed.